**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2025.**



In The

# Fifteenth Court of Appeals

## NO. 15-25-00021-CV

**PFIZER INC. AND TRIS PHARMA, INC., Appellants**

**V.**

**THE STATE OF TEXAS AND TARIK AHMED, Appellees**

**On Appeal from the 71st District Court**
**Harrison County, Texas**
**Trial Court Cause No. 23-1031**

## MEMORANDUM  OPINION

On November 21, 2025, Appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a).  The motion is granted.  We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.